1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIO CASAS,<br><br>      Plaintiff,<br><br>      v.<br><br>CARMAX AUTO SUPERSTORES and DOES 1 to 10, inclusive,<br><br>      Defendants. | Case No. CV11-10257 JAK (JCGx)<br><br>**JUDGMENT**<br><br>**JS-6**<br><br>Complaint Filed: December 12, 2011<br>Trial Date:<br>Judge:      Hon. John A. Kronstadt |

This Court hereby decrees that Judgment is entered as follows:

1. Plaintiff's action is dismissed in its entirety for lack of subject matter jurisdiction.
2. Plaintiff's counsel shall pay sanctions in the amount of $1,800 to Defendant's counsel on or before August 1, 2012.

Dated: July 17, 2012    By: _____

United States District Court Judge
Honorable John A. Kronstadt

Respectfully submitted:

JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletreedeakins.com
CHRISTOPHER W. DECKER, CA Bar No. 229426
christopher.decker@ogletreedeakins.com
VICKY H. LIN, CA Bar No. 253767
vicky.lin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213.239.9800
Facsimile:   213.239.9045

Attorneys for Defendant
CARMAX AUTO SUPERSTORES

1